UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-96-JST(ANx)                                       Date:  May 30, 2012
Title:  DOES 1-4 v. WILLIAM GROVER ARNETT, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |  N/A  |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

On March 19, 2012, the Court set a scheduling conference for June 11, 2012, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 10 ¶ 1.)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report.  No later than **June 1, 2012, 12:00 p.m.,** counsel shall submit a Joint Rule 26(f) Report, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.


                                                                    Initials of Preparer:  enm